UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIKE COSTELLO,

        Plaintiff,      CLERK'S NOTATION
                  OF DEFAULT
                  11-CV- 0281 (ARR)
 -against-

                  FILED
                  IN CLERK'S OFFICE
ERROL MILLER, an individual,     U.S. DISTRICT COURT E.D.N.Y.
d/b/a ERROLL'S BAKERY & CATERING,
and 2 HAWTHORNE ST. ASSOCIATES,  ★ MAR 09 2011 ★
LLC, a New York limited liability company,

                  BROOKLYN OFFICE

        Defendants.
----------------------------------------------------------------X

  I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, 2 HAWTHORNE ST. ASSOCIATES, LLC, was served with a copy of the Summons and Complaint on February 1, 201, by delivering a copy of the Summons and Complaint to Donna Christie, Legal Clerk in the Office of the Secretary of the State of New York, who is authorized to accept service for defendant.

  I further certify that a review of the court file docket entries indicates that defendant, 2 HAWTHORNE ST. ASSOCIATES LLC, has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

  The default of defendant, 2 HAWTHORNE ST. ASSOCIATES LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated: Brooklyn, New York
   March 9, 2011

                  ROBERT C. HEINEMANN
                  Clerk of Court

             by: *Janet Hamilton*
                  Deputy Clerk