UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MIKE COSTELLO,

                Plaintiff,

v.

ERROL MILLER and DOROTHY GORDON,
d/b/a ERROL'S BAKERY & CATERING,
and 2 HAWTHORNE ST. ASSOCIATES,
LLC, a New York limited liability company,

                Defendants.

-------------------------------------------------------X

CASE NO: 1:11-CV-0281 (ARR)(JO)
ECF CASE

**NOTICE OF SETTLEMENT**

     Plaintiff, Mike Costello and Defendant, 2 Hawthorne St. Associates, LLC, by and through undersigned their undersigned counsel, hereby notify the court that a settlement has been reached resolving all matters in dispute between Plaintiff, Mike Costello, and defendant, 2 Hawthorne St. Associates, LLC, in the above styled matter. The aforementioned parties are in the process of finalizing a Confidential Settlement Agreement and obtaining the necessary signatures on the agreement, and the parties will file a Stipulation of Dismissal with Prejudice as to defendant, 2 Hawthorne St. Associates, LLC, only, as soon as possible.

Dated: New York, New York
        April 27, 2011

_____
Adam T. Shore, Esq.
Law Office of Adam Shore
Attorney for Mike Costello
100 Park Avenue, Suite 1600
New York, New York 10017
Telephone: (646) 476-4296

_____
Robert A. Scher, Esq.
Scher & Scher, P.C.
Attorneys for 2 Hawthorne St.
Associates, LLC
55 Water Mill Lane, Suite 400
Great Neck, New York 11021
Telephone: (516) 482-1777